# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Grange Simons Lucas, III | ) | CASE NO: 15-05897-jw |
| | ) | |
| aka Grange S. Lucas, III | ) | ORDER UPON MOTION TO RECONSIDER |
| aka Grange Lucas, III | ) | ORDER OF DISMISSAL |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

Before the court is the motion of the debtor(s), filed on April 1, 2016, to reconsider an Order of Dismissal entered March 3, 2016. The matter having been considered by the Court,

a. _____ IT IS ORDERED that the motion is denied and the Order of Dismissal entered March 3, 2016 remains in effect.

b. _____ IT IS ORDERED that relief is granted from the Order of Dismissal entered March 3, 2016 and the case is reinstated as of the date of the entry of this Order.

c. _____ IT IS ORDERED that relief is granted from the Order of Dismissal entered March 3, 2016 and the case is reinstated as of the date of the entry of this Order. Any subsequent dismissal will be with prejudice for __1 year__ as to Chapters 11, 12 or 13.

d. _____ IT IS ORDERED that relief is granted from the Order of Dismissal entered March 3, 2016 and the case is reinstated as of the date of the entry of this Order for the limited purpose of allowing conversion to a Chapter 7 case within 10 days. If conversion does not occur within 10 days from the date of the entry of this Order, the case will again be dismissed without further notice or hearing.

e. _____ IT IS ORDERED that relief is granted from the Order of Dismissal with prejudice and the case is reinstated as of the date of the entry of this Order for the limited purpose of allowing conversion to a Chapter 7 case within 10 days. If conversion does not occur within 10 days from the date of the entry of this Order, or if the Chapter 7 case is dismissed, the case will be dismissed with prejudice as to Chapters 11, 12, or 13 for a period of _____ days from the entry of this order.

IT IS FURTHER ORDERED, that, if a rescheduled § 341 meeting of creditors is necessary, the United States Trustee's office will schedule and the Clerk's office will give notice thereof to each party in interest.

_____
JOHN E. WAITES
United States Bankruptcy Judge

Charleston, South Carolina

___5/12___, 20_16_