**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 15-05897/JW

SUPPLEMENTAL CONSENT ORDER GRANTING MOTION TO RECONSIDER DISMISSAL

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

_/s/ John E. Waites_
Honorable John E. Waites
US Bankruptcy Court Judge
District of South Carolina

May 12, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>GRANGE SIMONS LUCAS III<br>Debtor. | C/A No. 15-05897-JW<br><br>**SUPPLEMENTAL CONSENT ORDER GRANTING MOTION TO RECONSIDER DISMISSAL**<br><br>Chapter 13 |

THIS MATTER comes before the Court on the debtor's motion to reconsider the order dismissing the case for Non-Compliance with CII Order. An objection to the motion was filed by the Chapter 13 Trustee. The Trustee's objection is resolved with proof of plan payments brought current and the filed exhibit of the Amended Budget and Amended Plan, with the addition that the Amended Plan when filed will state debtor's intent to pay a yield of 100% plus 5.25% interest to the General Unsecured Creditors. The case, therefore, has been or will be reinstated upon separate order of the court.

IT IS THEREFORE ORDERED, that the Amended Plan that meets liquidation standards with stated yield of 100% plus 5.25% interest to the General Unsecured Creditors and the Amended Budget showing feasibility of the plan payment needed be filed within 5 days of the reinstatement of the case. If the debtor fails to meet the above conditions, then the case may be dismissed without notice, upon certification of non-compliance by the Trustee.

**AND IT IS SO ORDERED.**

WE SO CONSENT:

_____
Jason T Moss, Esq
Moss & Associates, Attorneys P.A.,
816 Elmwood Ave
Columbia SC 29201
(803)933-0202
Email: jason@mossattorneys.com

Heather S. Bailey for
Heather S. Bailey for Jason Moss
11592

_____
James M. Wyman, Chapter 13 Trustee
P.O. Box 997
Mt Pleasant, SC  29465-0997
(843) 388-9844
Email: 13office@charleston13.com